IN THE UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJA RAJAN,<br>Plaintiff,<br><br>v.<br><br>ALASTAIR CRAWFORD, SHADRON STASTNEY,<br>ASAF GOLA, AND KEVIN GOLLOP<br><br>Defendants, | )<br>)<br>)<br>)<br>)  No. 2:21-cv-01150-TJS<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

## AFFIDAVIT OF RAJA RAJAN

STATE OF NEW JERSEY        )
                                              )  SS:
COUNTY OF GLOUCESTER  )

1. I, Raja Rajan, understand that this statement is to be used in a court of law, and is being provided as a sworn statement under penalty of perjury for any falsification. The information provided in this Affidavit, is based on my personal knowledge, information, and belief, and I will testify to these statements, if so called upon.

2. I, Raja Rajan, am a United States Citizen.

3. I, Raja Rajan, have been domiciled and a resident of New Jersey from 2007 to present, well before Stream TV Networks, Inc. was created.

4. I, Raja Rajan, have filed all of my State Tax Returns for the State of New Jersey since that time.

5. In the Employment Contract with Shadron Stastney, he listed an address as a resident of New Jersey during his employment with Stream TV Networks, Inc.

The facts stated herein are true and correct to the best of my knowledge and belief.

_____
Raja Rajan
Date: 10/4/2021




STATE OF NEW JERSEY:
COUNTY OF GLOUCESTER:


Signed and sworn to (or affirmed) before me on this 4th day of October 2021 by RAJA RAJAN.

_____
Notary Public

AMANDA VON AHNEN
Notary Public – State of New Jersey
My Commission Expires Feb 1, 2022