# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJA RAJAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ALASTAIR CRAWFORD,** | : | |
| **SHADRON STASTNEY, ASAF** | : | |
| **GOLA and KEVIN GOLLOP** | : | **NO. 21-1150** |

## ORDER

**NOW**, this 2nd day of February, 2022, upon consideration of Defendant's Notice of Removal (ECF No. 1), the Affidavit of Raja Rajan (ECF No. 43), and the Notice of Filing Shadron Stastney's Affidavit of Citizenship (ECF No. 45), it is **ORDERED** that pursuant to 28 U.S.C. § 1447(e), this action is **REMANDED** to the state court from which it was removed.


      /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.